IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

EARL D. GOINS
5905 BEECHCROFT ROAD
APT. #112
COLUMBUS, OH 43229

       PLAINTIFF,              CASE NO: 2:26-cv-203
  VS.                                   JUDGE: _____

UNITED STATES OF AMERICA
C/O UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF OHIO
303 MARCONI BOULEVARD, STE 200
COLUMBUS, OH 43215

AND

C/O ATTORNEY GENERAL UNITED STATES
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20530-0001

AND

C/O THOMAS J. MARSHALL
GENERAL COUNSEL USPS
475 L'ENFANT PLAZA SW
WASHINGTON, DC 20260-1101

      DEFENDANT.

## COMPLAINT

1.     On or about October 2, 2024, Plaintiff, Earl D. Goins, was riding his bicycle southbound on Beechcroft Road, approaching East Dublin Granville Road, in the City of Columbus, in Franklin County, Ohio, when a 2021 Ram Promaster 1500 owned by the United States Postal Service, and driven by postal employee Dennis M. Grappin, was also traveling southbound on Beechcroft Road and forcefully collided with the side of Plaintiff's bicycle,

resulting in the damages, injuries and consequences as hereinafter set forth.

    2.      Dennis M. Grappin negligently and unlawfully:

        a.      made an unsafe passing;

        b.      failed to activate his turn signals;

        c.      failed to maintain control over his vehicle;

        d.      failed to maintain his attention on the roadway ahead; and

        e.      caused or permitted to cause his vehicle to strike the Plaintiff's bicycle.

    3.      The negligent acts of Dennis M. Grappin, occurred within the scope and course of his employment with the United States Postal Service. As a result, pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2671–2680, the United States of America is vicariously liable for all damages resulting from the negligent conduct of its employee, Defendant, Dennis M. Grappin.

    4.      As a direct and proximate result of the Defendants' conduct, Plaintiff, Earl D. Goins, has:

        a.      sustained severe injuries to his foot and leg, including a fractured/dislocated ankle;

        b.      suffered and will continue to suffer physical pain, mental anguish, and emotional distress;

        c.      required and will continue to require medical care, attention, and treatment, with resulting expenses;

        d.      sustained and will continue to sustain a loss of earnings and earnings capacity;

        e.      sustained property damage to, reduction in the value of, and loss of the use

      of his bicycle, including storage and interest charges; and

    f.    suffered and will continue to suffer impairment in the use of the affected areas of his body and a reduction in the quality and enjoyment of his life.

Said damages and injuries are permanent.

5.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1346(b) as this action involves claims against the United States arising from the alleged negligence of a federal employee. Venue is proper in the Southern District of Ohio under 28 U.S.C. § 1391(b), as the acts and omissions giving rise to this Complaint occurred in Franklin County, Ohio.

6.  Plaintiff has complied with the administrative claim requirements of 28 U.S.C. § 2675(a) by submitting a claim to the United States Postal Service, which has been denied (Exhibit 1), thereby permitting this action.

**WHEREFORE**, Plaintiff, Earl D. Goins, now demands judgment against Defendant, United States Postal Service, as compensatory damages in the amount of $1,900,000.

Respectfully submitted,

/s/ *Terry V. Hummel*
Terry V. Hummel (0025567)
Schiff & Assoc. Co., L.P.A.
115 West Main Street, Suite 100
Columbus, Ohio 43215
Telephone: (614) 621-8888
Facsimile: (614) 621-8814
thummel@schifflegal.com
*Attorney for Plaintiff*